# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125901

COUNTY ROAD ASSOCIATION OF
MICHIGAN and CHIPPEWA COUNTY
ROAD COMMISSION,
          Plaintiffs-Appellees,

and

MICHIGAN PUBLIC TRANSIT ASSOCIATION,
ANN ARBOR TRANSPORTATION
AUTHORITY, CAPITAL AREA
TRANSPORTATION AUTHORITY, and
SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION,
          Intervening Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN, DIRECTOR OF
THE DEPARTMENT OF TRANSPORTATION,
DEPARTMENT OF TRANSPORTATION,
DIRECTOR OF THE DEPARTMENT OF
MANAGEMENT AND BUDGET,
DEPARTMENT OF MANAGEMENT AND
BUDGET, STATE BUDGET DIRECTOR,
STATE TREASURER, DEPARTMENT OF
TREASURY, SECRETARY OF STATE, and
STATE OF MICHIGAN,
          Defendants-Appellants.
_____/

SC: 125901
COA: 245931
Ingham CC: 02-000308-CZ

      By order of September 30, 2004, the application for leave to appeal the January 13, 2004 judgment of the Court of Appeals was held in abeyance pending the decision in *County Rd Ass'n of Michigan v Governor* (Docket No. 125665). On order of the Court, the opinion having been issued on November 8, 2005, 474 Mich 11 (2005), the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

d0123